No. 03–135.  MOYER *v.* HITACHI DATA SYSTEMS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 03–137.  WOOD *v.* KESLER.  C. A. 11th Cir.  Certiorari denied.

No. 03–138.  MARTICIUC ET AL. *v.* CITY OF HOUSTON, TEXAS. C. A. 5th Cir.  Certiorari denied.

No. 03–140.  FORTE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–141.  IMAGELINE, INC., ET AL. *v.* XOOM INC. ET AL. C. A. 4th Cir.  Certiorari denied.

No. 03–143.  IGT, AKA IGT-NORTH AMERICA *v.* COLLINS MUSIC Co., INC.  Sup. Ct. S. C.  Certiorari denied.

No. 03–144.  GEREMIA ET UX. *v.* COLORADO BELLE CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–148.  MOSS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–149.  BLANDO, INDIVIDUALLY AND AS REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF BLANDO, DECEASED, AND AS NEXT FRIEND FOR BLANDO, A MINOR CHILD, ET AL. *v.* CITY OF HOUSTON, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 03–150.  SMITH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–152.  ERRICO *v.* HARRISON, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 03–153.  DISCOVERY HOUSE, INC. *v.* CONSOLIDATED CITY OF INDIANAPOLIS, INDIANA, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–154.  FEDERATION OF ADVERTISING INDUSTRY REPRESENTATIVES, INC. *v.* CITY OF CHICAGO, ILLINOIS.  C. A. 7th Cir. Certiorari denied.